| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sullivan, Richard J. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>40 Foley Square, Room 2104<br>New York, NY 10007 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Columbia Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Federal Employees Pension Plan; pension upon age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Columbia Law School | $12,500.00 |
| 2. | 2015 | Matthew Bender & Co, Inc. (Book Royalties) | $2,038.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Weight Watchers North America, Inc. -- Wife's Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 02/16-21/2015 | Punta Cana, Dominican Republic | Bar Association Lecture | Transportation, Meals, Lodging |
| 2. | Stadium Generale Marcianum | 03/9-12/2015 | Venice, Italy | Moot Court Competition | Transportation, Meals, Lodging |
| 3. | St. Thomas Law School | 09/24-25/2015 | Minneapolis, MN | Law School Panel | Transportation, Meals, Lodging |
| 4. | University of Notre Dame Law School | 11/5-7/2015 | South Bend, IN | Law School Symposium | Transportation, Meals, Lodging |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorganChase Bank Accounts | A | Interest | J | T | | | | | |
| 2. New York Community Bancorp Common Stock | D | Dividend | M | T | | | | | |
| 3. 529 College Savings Accounts (not self-directed) | A | Interest | L | T | | | | | |
| 4. Merrill Lynch Cash Management Account | A | Interest | N | T | | | | | |
| 5. Merrill Lynch IRA - Nuveen Tradewinds Intl Fund (closed 12/30/15) | A | Dividend | | | Closed | 12/30/15 | J | A | |
| 6. Merrill Lynch IRA - Matthews Asian Funds Pacific Tigers | A | Dividend | J | T | Sold (part) | 12/30/15 | J | A | |
| 7. Merrill Lynch IRA - Allianz NFJ Dividend Value Fund (closed 12/30/15) | B | Dividend | | | Closed | 12/30/15 | L | D | |
| 8. Merrill Lynch IRA -Amer Funds Growth Fund of America (closed 12/30/15) | A | Dividend | | | Closed | 12/30/15 | L | D | |
| 9. Merrill Lynch IRA - Third Avenue Value Fund (closed 12/30/15) | A | Dividend | | | Closed | 12/30/15 | K | A | |
| 10. Merrill Lynch IRA - Cohen & Steers Realty Shares | A | Dividend | K | T | Sold (part) | 12/30/15 | J | A | |
| 11. Merrill Lynch IRA - Loomis Sayles Bond Fund | B | Dividend | K | T | Sold (part) | 12/30/15 | K | A | |
| 12. Merrill Lynch IRA - BlackRock Global Allocation Fund | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 13. Merrill Lynch IRA - Western Asset Management Core Bond Fund | B | Dividend | L | T | Buy (add'l) | 12/30/15 | J | | |
| 14. Merrill Lynch IRA - AllianzGI International Value Fund | A | Dividend | K | T | Buy | 12/30/15 | K | | |
| 15. Merrill Lynch IRA - Oakmark International Fund | A | Dividend | K | T | Buy | 12/30/15 | K | | |
| 16. Merrill Lynch IRA (Cash) | A | Interest | M | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Section VII, Line 3, I have three separate non-self-directed 529 College Savings Accounts that were opened for my children some years ago, as follows:

JPMorgan Moderate Age-Based Portfolio-C (Beneficiary Age 13-14 Years) (NOT SELF-DIRECTED)

JPMorgan Moderate Age-Based Portfolio-C (Beneficiary Age 13-14 Years) (NOT SELF-DIRECTED)

JPMorgan Moderate Age-Based Portfolio-C (Beneficiary Age 6-9 Years) (NOT SELF-DIRECTED)

The accounts, individually and collectively, earned less than $1,000 during 2015, and had individual values of (1) $15,001-50,000, (2) $15,001-50,000, and (3) less than $15,000, respectively, with a collective value of $50,001-100,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Richard J. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Richard J. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544